People ex rel. Woods v Lempke (2025 NY Slip Op 02535)

People v Woods

2025 NY Slip Op 02535

Decided on April 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 25, 2025

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ. (Filed Apr. 25, 2025.) 

MOTION NO. (148/18) KAH 16-00071.

[*1]THE PEOPLE OF THE STATE OF NEW YORK EX REL. 
v
ANTHONY T. WOODS, PETITIONER-APPELLANT, JOHN B. LEMPKE, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY, RESPONDENT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.